UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ANGELA PARK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs<br><br>EXPRESS, LLC,<br><br>Defendant. | Case No. 8:21-cv-00452-SDM-SPF<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that Plaintiff, Angela Park, by and through the undersigned counsel, hereby voluntarily dismiss with prejudice the above captioned action against the Defendant, Express, LLC, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: September 21, 2021

**MANEY | GORDON**

*/s/David P. Mitchell*
David P. Mitchell, Esquire
Florida Bar No. 067249
Maney & Gordon, P.A.
101 East Kennedy Blvd., Suite 1700
Tampa, Florida 33602
Telephone: (813) 221-1366
Fax: (813) 223-5920
David@MitchellConsumerLaw.com
d.mitchell@maneygordon.com

and

**CONSUMER LAW ATTORNEYS CORP.**

/s/*Young Kim*
Young Kim, Esquire
Florida Bar No. 122202
2727 Ulmerton Rd., Ste. 270

1

Clearwater, FL 33762
Phone: (877) 241-2200
ykim@consumerlawattorneys.com
litigation@consumerlawattorneys.com

*Attorneys for Plaintiff*
*and proposed Class Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of September, 2021, I electronically filed the fore-going with the Clerk of the Court using CM/ECF system which will send a notice of electronic filings via the Court's ECF system to all CM/ECF participants, and further certify that all counsel of record for the parties to this action are CM/ECF participants.

By:  */s/ Young Kim*
Young Kim, Esq.  FBN: 122202