UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA PARK,

    Plaintiff,

v.                                       CASE NO. 8:21-cv-452-SDM-SPF

EXPRESS, LLC,

    Defendant.
_____/

## ORDER

In accord with the plaintiff's notice (Doc. 31), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

The motion (Doc. 30) to certify an interlocutory appeal is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on September 24, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE